AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT
Southern District of Illinois

UNITED STATES OF AMERICA  
v.  
DARON WOODS

**Judgment in a Criminal Case**  
(For **Revocation** of Probation or Supervised Release)

FILED  
AUG 31 2010  
CLERK, U.S. DISTRICT COURT  
SOUTHERN DISTRICT OF ILLINOIS  
BENTON OFFICE

Case No.   4:95CR40013-006  
USM No.   03325-025  

Judith A. Kuenneke, AFPD  
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   as alleged below   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant committed offense of DUI, No Seal Belt, et al | 04/08/2010 |
| Standard # 2 | The defendant failed to sumit monthly reports timely | 04/30/2010 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  1239

Defendant's Year of Birth:   1975

City and State of Defendant's Residence:  
Marion, IL 62959

08/26/2010  
Date of Imposition of Judgment

*[signature]*  
Signature of Judge

J. Phil Gilbert                    District Judge  
Name and Title of Judge

August 31 2010  
Date

DEFENDANT: DARON WOODS
CASE NUMBER: 4:95CR40013-006

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Special | The defendant failed to participate in a program for substance abuse as directed by probation | 11/24/2009 |
| Special | The defendant failed to reside in a community correction center | 07/12/2010 |

AO 245D     (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page  3  of  3

DEFENDANT: DARON WOODS
CASE NUMBER: 4:95CR40013-006

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

8 months

☑ The court makes the following recommendations to the Bureau of Prisons:

That the defendant participate in Mental Health Treatment and Grief Counseling.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL